# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED, OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 3,955.—STATE ex rel. RUSSELL, Relator, v. DISTRICT COURT et al., Respondents.

Original application for writ of *mandamus* directed to the District Court of the Fourth Judicial District, and R. Lee McCulloch, a Judge thereof.

Decided November 20, 1916.

PER CURIAM.—The motion to quash the alternative writ of mandate heretofore issued herein is, after due consideration, sustained and the proceeding dismissed.

*Mr. Chas. A. Russell*, for Relator.

*Mr. Wm. T. Pigott* and *Mr. Wade R. Parks*, for Respondents.